**Order entered February 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01107-CR**
**No. 05-22-01108-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**XAVIER GARCIA, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-33069-T, F21-33070-T**

**ORDER**

The State's motion to supplement the clerk's record is **GRANTED**, and we

**ORDER** the district clerk to file within **FIFTEEN DAYS** of the date of this order

a supplemental clerk's record containing the search-and-arrest warrant and

supporting affidavit, both of which were signed or issued on February 9, 2021, and

the return and inventory signed February 10, 2021. If the February 9, 2021 warrant

or affidavit or the February 10, 2021 return and inventory are not filed with the

district clerk, then the district clerk shall file a notice to that effect with this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/     DENNISE GARCIA
JUSTICE